1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSE FRUCTUOSO,                    Case No. CV 14-2481 SS

12                 Petitioner,

13      v.                                        **JUDGMENT**

14   DANIEL PARAMO, Warden,

15                 Respondent.

16

17

18       Pursuant to the Court's Memorandum Decision and Order denying

19   the Petition,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed with prejudice.

23

24   DATED:  November 21, 2016

25

26                                    _____/s/_____
                                      SUZANNE H. SEGAL
27                                    UNITED STATES MAGISTRATE JUDGE

28